UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN MERRELL,

        Plaintiff,

  v.

NOREEN RENIER,

        Defendant.

CASE NO. C06-404JLR

ORDER

## I. INTRODUCTION

This matter comes before the court on Defendant's motion (Dkt. # 43) for reconsideration of the court's November 16, 2006 order (Dkt. # 39). Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and the court will ordinarily deny them unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the court earlier, through reasonable diligence. As to two of the three issues Defendant raises, she has not made either showing, and the court denies her motion as to those issues.

ORDER – 1

As to the third issue, Defendant correctly notes that the court neglected to rule on her assertion that Plaintiff's alleged breach of the contract-in-suit in 1994 discharged her duties under the contract.  The court will issue a separate order on that issue.  The parties shall not provide further briefing unless the court requests it.

The court therefore DENIES Defendant's motion for reconsideration (Dkt. # 43) in part, reserves ruling on the remaining part, and directs the clerk to remove the motion for reconsideration from the court's motion's calendar.

Dated this 8th day of December, 2006.

JAMES L. ROBART
United States District Judge

ORDER – 2